IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GARY T. JACKSON, | : | |
| Petitioner, | : | Case No.: 5:07-cv-339 (CAR) |
| v. | : | |
| ALEXIS CHASE, Warden, | : | |
| Respondent. | : | |

### ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 19] that Respondent's Motion to Dismiss [Doc. 12] be granted, and Petitioner's petition for habeas corpus relief be denied as untimely filed. Petitioner has filed an Objection [Doc. 20] to the Recommendation. In it, Petitioner simply restates his earlier arguments that his petition is, in fact, timely. Having considered Petitioner's Objections and having investigated those matters *de novo*, however, this Court agrees with the findings and conclusions of the United States Magistrate Judge that the instant petition was untimely filed, and therefore Petitioner's arguments are without merit. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 17th day of September, 2008.

                                                                            S/ C. Ashley Royal
                                                                            C. ASHLEY ROYAL
                                                                            UNITED STATES DISTRICT JUDGE

SSH